AO ___     Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____     District of _____ NEW YORK _____

UNITED STATES OF AMERICA

vs.

DUANE BAXTER

Date of Previous Judgment: __February 1, 2006__
(Use Date of Last Amended Judgment if Applicable)

**ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Case Number: 5:05-CR-189-001

USM Number: 13200-052

James Greenwald, Esq.
Defendant's Attorney

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 2 5 2008
AT ___ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons, ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _63_ months **is reduced to 60 months (limited by Statutory Mandatory Minimum).**

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _25_
Criminal History Category: _II_
Previous Guideline Range: _63_ to _78_ months

Amended Offense Level: _23_
Criminal History Category: _II_
Amended Guideline Range: _60_ to _63_ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other **(explain):**_____

_____
_____
_____

## III. ADDITIONAL COMMENTS

_____
_____

Except as provided above, all provisions of the judgment dated _February 1, 2006_ shall remain in effect.

**IT IS SO ORDERED.**

March 25, 2008
Order Date

_Signature of Judge_

Hon. Norman A. Mordue, Chief U.S. District Judge
Name and Title of Judge

_____ Effective Date (if different from order date)